UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                          Plaintiff,<br><br>v.<br><br>JORGE ERNESTO MONCADA VAZQUEZ (1);<br>TOMAS ALEJANDRO ARIAS TAMAYO (2),<br><br>                                          Defendants. | Case No.:  24-cr-1167-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On July 10, 2024, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for July 12, 2024 to August 30, 2024.  For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 28] and sets the Motion Hearing/Trial Setting on August 30, 2024 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

//
//
//
//
//
//

24-cr-1167-JO

1      Further, on June 7, 2024, Defendant Jorge Ernesto Moncada Vasquez filed a pretrial

2  motion that remains pending.  Additionally, on June 10, 2024, Co-Defendant Tomas

3  Alejandro Arias Tamayo also filed a pretrial motion that remains pending.  Accordingly,

4  the Court finds that time from June 7, 2024 to August 30, 2024 shall be excluded under the

5  Speedy Trial Act on grounds that a pretrial motion is pending.  18 U.S.C. § 3161(h)(1)(D).

6  This time is also excluded as to the Co-Defendant.  *United States v. Messer*, 197 F.3d 330,

7  336 (9th Cir. 1999) ("It is well established that an exclusion from the Speedy Trial clock

8  for one defendant applies to all codefendants.").

9      IT IS SO ORDERED.

10  Dated: _____          _____
                                    Hon. Jinsook Ohta
11                                  UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28